UNITED STATES of America;

v.

Daniel RIVERA, Appellant.

No. 03–3097.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Oct. 25, 2004.

Decided April 5, 2005.

Anne W. Chain, Office of United States Attorney, Philadelphia, PA, for United States of America.

William T. Lawson, III, Philadelphia, PA, for Appellant.

Before SCIRICA, Chief Judge, FISHER and ALDISERT, Circuit Judges.

## OPINION OF THE COURT

FISHER, Circuit Judge.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appointed counsel for the Appellant Daniel Rivera originally filed a motion to withdraw from representation and an *Anders* brief, concluding, *inter alia*, that the sentence imposed on Appellant by the District Court was legal. The appeal was held C.A.V. pending *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and Appellant's counsel subsequently informed us by letter dated February 22, 2005, that Appellant now challenges his sentence under *Booker*. We interpret this letter to withdraw counsel's earlier filed motion to withdraw from representation, and accordingly do not address whether the *Anders* brief previously submitted met the *Anders* standard.[1]

Having determined that the sentencing issues Appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*.

---

1. We note, however, some dissatisfaction with the fact that the *Anders* brief failed to even acknowledge the U.S.S.G § 3B1.2 issue, which was clearly important at sentencing and which formed the basis for the informal brief submitted by Appellant after the *Anders* brief was filed.